*John W. Bull & R. E. L. Chancey,* for Plaintiff in Error.

*Hilton S. Hampton,* for Defendant in Error.

---

Alice N. Whitehead, Plaintiff in Error, v. C. Edmond Worth, as Judge, etc., Defendant in Error.

A Writ of Error to the Circuit Court for the County of Hillsborough.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*John W. Bull,* for Plaintiff in Error.

*Hilton S. Hampton,* for Defendant in Error.

---

The State of Florida ex rel James Gallat, Plaintiff in Error, v. Lewis A. Allen, Sheriff of Dade County, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Dade.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Bart A. Riley,* for Plaintiff in Error.